

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:  01-13-00721-CV

Style:  Bruce I. Schimmel

v. Gary McGregor, Terry McGregor, Kris Hall, Soledad Pineda, Larry Bishop, Cynthia

Bishop, George Clark, Deborah Clark, Carol Severance, and The Sands of Kahala Beach

Hoa, Inc.

Date motion filed[*]:  October 23, 2013

Type of motion:  Motion to dismiss

Party filing motion:  Appellees

Document to be filed:

Is appeal accelerated?  Yes

If motion to extend time:

  Original due date:

  Number of previous extensions granted:  Current Due date:

  Date Requested:

Ordered that motion is:

☐  Granted

   If document is to be filed, document due:

   ☐ Absent extraordinary circumstances, the Court will not grant appellant additional motions to extend time

☑  Denied

☐  Dismissed (*e.g.*, want of jurisdiction, moot)

☐  Other: _____

 **Appellees' motion to dismiss is denied. Appellant is notified that because he has not requested preparation of the reporter's record or failed to pay or make arrangements to pay the reporter's fee to prepare it and appellant is not entitled to proceed without costs, the Court may consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).**

Judge's signature: /s/ Evelyn V. Keyes
       X Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: November 26, 2013